IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENET HEALTHCARE CORPORATION § <br> AND SUBSIDIARIES, § <br>  formerly National Medical Enterprises, Inc. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | No. 05-1131T <br> The Honorable Nancy B. Firestone |

JOINT STATUS REPORT

In accordance with the Court's Order of May 18, 2007, the parties provide this report respecting the status of this case.[1]

Plaintiff's cause of action is based on *Pacific Gas & Electric Co. v. United States*, 417 F.3d 1375 (Fed. Cir. 2005) (the "*PG&E* case"), which holds that Defendant may not offset statutory interest erroneously paid to a taxpayer against a later refund for the same tax year after the two-year limitations period set forth in section 6532(b) of the Internal Revenue Code for filing suit to recover an erroneous refund has expired. On October 5, 2006, the Commissioner of Internal Revenue published an "Action on Decision," with respect to the *PG&E* case, announcing that the Internal Revenue Service disagreed with, and would not follow, the Federal Circuit's decision. AOD 2006-02, 2006-26 I.R.B. 1.

---

[1]While executed by the Government, Plaintiff's counsel has authorized the filing of this document as a joint status report.

In our last status report, we reported that Plaintiff's trial attorney submitted a draft Formal Offer in Compromise to Defendant's trial attorney, and the parties continue to correspond regarding such offer. On June 20 and 30, 2008, Plaintiff's trial attorney responded to questions from Defendant's trial attorney.

The parties request that the Court allow them an additional 60 days to explore settlement possibilities. The parties propose that they file a Joint Status Report on or before October 13, 2008, setting forth the progress made in exploring settlement possibilities and, if a tentative settlement has not been reached, proposing a schedule for further proceedings in the case.

                        Respectfully submitted,

                          s/ W. C. Rapp
                        W. C. RAPP
                        *Attorney of Record*
                        *United States Department of Justice*
                        *Tax Division*
                        *Court of Federal Claims Section*
                        *Post Office Box 26*
                        *Ben Franklin Post Office*
                        *Washington, D.C.  20044*
                        *(202) 307-0503*
                        *william.c.rapp2@usdoj.gov*

                        NATHAN J. HOCHMAN
                          *Assistant Attorney General*
                        STEVEN I. FRAHM
                          *Acting Chief,*
                           *Court of Federal Claims Section*

August 12, 2008                 s/ Steven Frahm
                        Of Counsel